# EXHIBIT B

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588

WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

April 30, 2004

<u>By Facsimile</u>

Robert Heuck, II, Esq.
    Waite, Schneider, Bayless & Chesley Co., LPA,
        1513 Central Trust Tower
            Fourth and Vine Streets
                One West Fourth Street
                    Cincinnati, OH 45202.

        Re:    <u>In re Microsoft Corp. Antitrust Litigation (MDL No. 1332)</u>

Dear Bob:

        Further to our phone conversation yesterday, enclosed is a list of cases that appear open on the court's docket sheets and should be dismissed and closed. Please let me have any comments.

                                        Sincerely,

                                        */s/ Joe*

                                        Joseph E. Neuhaus

(Enclosure)

| Party Name | MDL 1332 Case Number |
|---|---|
| Colebank | 00-1610 |
| Conrad | 00-2138 |
| Cox | 00-1242 |
| Deiter | 00-1250 |
| DeJulius | 00-1249 |
| eLeaders | 00-1248 |
| Gianni | 00-2147 |
| Glase | 00-1605 |
| GTI Systems Integrators | 00-2443 |
| Hagan | 00-2143 |
| Haynes | 00-2149 |
| Henning | 02-3920 |
| Kloth | 00-1266 |
| Kloth | 00-2117 |
| Luce | 00-1740 |
| O'Sullivan, Hicks & Patton, LLP | 00-2137 |
| Pacific Coast Systems | 00-2142 |
| Penix | 00-2148 |
| Phillips | 00-1271 |
| Precision Billing | 00-1256 |
| Quigley | 00-1258 |
| Shevekov | 00-2144 |
| Shirazi | 00-2145 |
| Silverware | 00-1682 |
| Tinkham | 00-2450 |
| To The Rescue | 00-1252 |
| Tyler | 00-1244 |