# EXHIBIT D

**Katcher, Elana**

| | |
|---|---|
| **From:** | Tulchin, David B. |
| **Sent:** | Wednesday, June 02, 2004 12:35 PM |
| **To:** | Class Action; *MsClass |
| **Subject:** | FW: MDL No. 1332 |

See e-mail below from Heuck.
Bottom line: plaintiffs have declined thus far to agree to the dismissal of any but three actions.

-----Original Message-----
From: Robert Heuck [mailto:heuck@wsbclaw.com]
Sent: Wednesday, June 02, 2004 11:04 AM
To: Tulchin, David B.
Subject: MDL No. 1332

Dear David:
    I wanted to pass along our efforts in the MDL proceeding to obtain agreement from plaintiffs' counsel to dismissal of cases that appeared to me to be subject to dismissal under Judge Motz's rulings. On May 14, I sent letters to plaintiffs' counsel in the Conrad; eLeaders; O'Sullivan, et al.; Precision Billing Services; Silverware; and To The Rescue Comprehensive Computer cases, enclosing draft entries of final judgment and dismissal. In addition, I prepared an entry of dismissal for this firm's Tyler case. I recently forwarded to you the only draft entries that we received back, along with an entry for Tyler. I have not heard from the firms that did not return signed, proposed entries of dismissal.
Sincerely,
Bob


*******************************************
This e-mail message and attachments, if any, are sent by a law firm for the sole use of the intended recipients or entities. It may contain information that is legally privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply, including the original message and then destroy all copies of this e-mail. Thank you.

Robert Heuck II
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267 telephone
(513) 381-2375 facsimile
*******************************************

# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

### ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

ROBERT HEUCK II

FAX (513) 381-2375
FAX (513) 621-0262

May 24, 2004

***Via Federal Express***

David B. Tulchin, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Re:    **In Re Microsoft Corp. Antitrust Litigation, MDL Docket No. 1332**

Dear David:

Enclosed are proposed orders of final judgment for the eLeaders, Precision Billing and Tyler cases. These orders reflect your revisions and have been approved as to form by counsel for the plaintiffs. Please forward them to the Court after indicating your approval as to form.

Very truly yours,

Robert Heuck II

RH/ts
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
------------------------------------------------------
```

| | | |
|---|---|---|
| IN RE MICROSOFT CORPORATION | ) | MDL Docket No. 1332 |
| ANTITRUST LITIGATION | ) | |
| | ) | Hon. J. Frederick Motz |
| This Document Relates to: | ) | |
| eLeaders, Inc. v. Microsoft Corporation | ) | |
| MDL No. 00-1248 | ) | |

```
------------------------------------------------------
```

## FINAL JUDGMENT

Pursuant to the Court's Opinion of January 12, 2001,

It is Ordered and Adjudged that eLeaders, Inc. v. Microsoft Corporation, MDL Case No. 00-1248, originally filed in the United States District Court, District of Columbia, Case No. 1:99-CV-03090, including all claims and causes of action asserted therein, is hereby dismissed with prejudice.

Dated this _____ day of _____, 2004.

So Ordered.

_____
Hon. J. Frederick Motz
United States District Judge

Approved as to form:

_____
Counsel for Plaintiff

_____
David B. Tulchin, Counsel for Microsoft Corp.
Sullivan & Cromwell LLP
125 Broad Street, New York, NY 10004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORPORATION | ) | MDL Docket No. 1332 |
| ANTITRUST LITIGATION | ) | |
| | ) | Hon. J. Frederick Motz |
| This Document Relates to: | ) | |
| Precision Billing Services, Inc., et al. v. | ) | |
| Microsoft Corporation | ) | |
| MDL No. 00-1256 | ) | |

## FINAL JUDGMENT

Pursuant to the Court's Opinion of January 12, 2001,

It is Ordered and Adjudged that Precision Billing Services, Inc., et al. v. Microsoft Corp.,

MDL Case No. 00-1256, originally filed in the United States District Court, Southern District of

Illinois, Case No. 99-896-GPM, including all claims and causes of action asserted therein, is hereby

dismissed with prejudice.

Dated this _____ day of _____, 2004.

So Ordered.

_____
Hon. J. Frederick Motz
United States District Judge

Approved as to form:

_____
Counsel for Plaintiff

_____
David B. Tulchin, Counsel for Microsoft Corp.
Sullivan & Cromwell LLP
125 Broad Street, New York, NY 10004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

IN RE MICROSOFT CORPORATION )     MDL Docket No. 1332
ANTITRUST LITIGATION )

)     Hon. J. Frederick Motz

This Document Relates to: )
Tyler v. Microsoft Corporation )
MDL No. 00-1244 )

---

### FINAL JUDGMENT

Pursuant to the Court's Opinion of January 12, 2001,

It is Ordered and Adjudged that Tyler v. Microsoft Corporation, MDL Case No. 00-1244,

originally filed in the United States District Court, Southern District of California, Case No. 99-CV-

2602-S-LSP, including all claims and causes of action asserted therein, is hereby dismissed with

prejudice.

Dated this _____ day of _____, 2004.


So Ordered.


_____

Hon. J. Frederick Motz
United States District Judge


Approved as to form:


_____

Counsel for Plaintiff


_____

David B. Tulchin, Counsel for Microsoft Corp.
Sullivan & Cromwell LLP
125 Broad Street, New York, NY 10004