# EXHIBIT F

## Motions

1:00-md-01332-JFM Cox et al v. Microsoft Corporation et al

### U.S. District Court

### District of Maryland

Notice of Electronic Filing

The following transaction was received from Brockmeyer, Michael F entered on 6/4/2004 at 11:09 AM EDT and filed on 6/4/2004

**Case Name:**       Cox et al v. Microsoft Corporation et al
**Case Number:**     1:00-md-1332
**Filer:**           Microsoft Corporation
**Document Number:** 1408

**Docket Text:**
MOTION to Dismiss *Or For Summary Judgment On Certain Complaints Asserting State Law Claims* by Microsoft Corporation. Responses due by 6/21/2004 (Attachments: # (1) Supplement - Memorandum in Support# (2) Appendix A# (3) Appendix B# (4) Supplement - Declaration of Michael F. Brockmeyer# (5) Supplement - Notice of Filing of Lengthy Exhibits to Declaration of Michael F. Brockmeyer)(Brockmeyer, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/4/2004] [FileNumber=471645-0]
[5aa6a1b7ef1b309cfd4e1bd6ca35d12750f91da460138f329584096f01b158ce45470
226f9c1f1d67eacb2706080ddecc77a95ecfc56e8f969aa5c5548bab14f]]
**Document description:** Supplement - Memorandum in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/4/2004] [FileNumber=471645-1]
[0a11fe48c3222727398d82a1bc4d12eb40d66f5d776ae7799655029bf9abce3035d6a
99609aa2098205571d04218665b9b6e261b83292e3e776c92c30641952c]]
**Document description:** Appendix A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/4/2004] [FileNumber=471645-2]
[25b2ec09007658c53b4146d5571f3e79ee7bfb964f72128882f1e6396a20cae45dd92
be19379df3be507521d432610bf6455ce619decd9a7dc72680f3ed7a061]]
**Document description:** Appendix B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=6/4/2004] [FileNumber=471645-3]
[838d2482921c41233360f8142787b7dff9b1723764a58ebbd58076c8f0403ff820787
3fff2c890a901c31a48d92fc13be959aab4ddbde8480346d2b5d38d46c6]]

## Motions
1:00-md-01332-JFM Cox et al v. Microsoft Corporation et al

**U.S. District Court**

**District of Maryland**

Notice of Electronic Filing

The following transaction was received from Brockmeyer, Michael F entered on 6/4/2004 at 12:04 PM EDT and filed on 6/4/2004
**Case Name:**      Cox et al v. Microsoft Corporation et al
**Case Number:**    1:00-md-1332
**Filer:**          Microsoft Corporation
**Document Number:** 1409

**Docket Text:**
MOTION to Dismiss *Complaints Superseded by the Consolidated Class Action Complaint* by Microsoft Corporation. Responses due by 6/21/2004 (Attachments: # (1) Supplement - Memorandum in Support# (2) Supplement - Declaration of Michael F. Brockmeyer in Support# (3) Supplement - Notice of Filing of Lengthy Exhibits to Declaration of Michael F. Brockmeyer in Support)(Brockmeyer, Michael)

The following document(s) are associated with this transaction: