# EXHIBIT G

## Robert Heuck

**From:** Tulchin, David B. [Tulchind@sullcrom.com]
**Sent:** Wednesday, June 09, 2004 7:13 AM
**To:** Robert Heuck
**Cc:** Daniel Small (E-mail)
**Subject:** RE: In re Microsoft Antitrust Litigation, MDL No. 1332

Dear Bob --

We will agree to your proposal for an extension of time on condition that you agree that the Stipulation so providing also state:

    1. that plaintiffs requested this adjournment;

    2. that no plaintiff will seek or request any further adjournment of time to respond to either motion; and

    3. that Microsoft's time to serve its reply brief shall be extended to and including September 2, 2004.

In addition, and as a separate condition of our willingness to agree to any postponement of either motion, you must agree that plaintiffs will serve no discovery of any kind and will initiate no activity of any kind in any of the cases we are seeking to dismiss during the period between now and the submission of Microsoft's reply brief (other, of course, than the submission of any papers opposing our motion).

If you are agreeable to the above, please draft a Stipulation and send it to me.

    Sincerely,
    David Tulchin

-----Original Message-----
From: Robert Heuck [mailto:heuck@wsbclaw.com]
Sent: Tuesday, June 08, 2004 1:50 PM
To: Tulchin, David B.
Cc: Daniel Small (E-mail)
Subject: RE: In re Microsoft Antitrust Litigation, MDL No. 1332

Dear David:

I am writing to request an extension of time for plaintiffs to respond to the motions to dismiss and for summary judgment that Microsoft filed Friday. Under the Local Rule, the plaintiffs' response is currently due June 18. I would like to ask for an extension until July 16. Given the number of plaintiffs' counsel and the length of the moving papers, it has taken us several days to copy the materials and forward them to plaintiffs' counsel. Please let me know whether Microsoft is agreeable to this request.

Sincerely,
Bob

****************************************
This e-mail message and attachments, if any, are sent by a law firm for the sole use of the intended recipients or entities. It may contain information that is legally privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by reply, including the original message and then destroy all copies of this e-mail. Thank you.

Robert Heuck II
Waite, Schneider, Bayless & Chesley Co., L.P.A.

1

1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
(513) 621-0267 telephone
(513) 381-2375 facsimile
*************************************

************************************************************
This e-mail is sent by a law firm and contains information
that may be privileged and confidential. If you are not the
intended recipient, please delete the e-mail and notify us
immediately.
************************************************************