UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION : : : : | MDL DOCKET NO. 1332<br>Hon. J. Frederick Motz |
| This Document Relates To:<br><br>*Kloth, et al.* v. *Microsoft Corp.*,<br>No. 1:00-1265 : : : : : | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Linda Dameron Kloth, Thomas McCaleb, Vicki McCaleb, Gale Ruffin, John K. Heidlage and Ryan D. Reynolds (collectively, the "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal of the above-captioned action with prejudice.

The Plaintiffs and Microsoft will each bear their own costs and expenses in connection with the above-captioned case.

SO ORDERED this ____ day of _____, 2005.

_____
Hon. J. Frederick Motz
United States District Judge

Agreed to by:

_____
Stanley M. Chesley
Robert Heuck, II
WAITE, SCHNEIDER, BAYLESS &
　CHESLEY CO., LLP
1513 Fourth & Vine Tower
One West Fourth Street
Washington, D.C.  20004

*Counsel for Linda Dameron Kloth, Thomas
　McCaleb, Vicki McCaleb, Gale Ruffin,
　John K. Heidlage*

_____
David B. Tulchin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004


Richard Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052

*Counsel for Microsoft Corporation*