UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2005 NOV 18 A 11: 08

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

MDL DOCKET NO. 1332
Hon. J. Frederick Motz

This Document Relates To:

*Kloth, et al.* v. *Microsoft Corp.*,
No. 1:00-1265

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiffs Linda Dameron Kloth, Thomas McCaleb, Vicki McCaleb, Gale Ruffin, John K. Heidlage and Ryan D. Reynolds (collectively, the "Plaintiffs") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal of the above-captioned action with prejudice.

The Plaintiffs and Microsoft will each bear their own costs and expenses in connection with the above-captioned case.

SO ORDERED this _____ day of _____, 2005.

_____
Hon. J. Frederick Motz
United States District Judge

Agreed to by:

_____  
Stanley M. Chesley  
Robert Heuck, II  
WAITE, SCHNEIDER, BAYLESS &  
   CHESLEY CO., LLP  
1513 Fourth & Vine Tower  
One West Fourth Street  
Washington, D.C. 20004

*Counsel for Linda Dameron Kloth, Thomas*  
   *McCaleb, Vicki McCaleb, Gale Ruffin,*  
   *John K. Heidlage*

_____  
David B. Tulchin  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004

Richard Wallis  
Steven J. Aeschbacher  
MICROSOFT CORPORATION  
One Microsoft Way  
Redmond, Washington 98052

*Counsel for Microsoft Corporation*